# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 8, 2006

*Before*

**Hon.** MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| FLOYD RICHARDSON,<br>      Petitioner-Appellee,<br><br>No. 04-1513          v.<br><br>KENNETH R. BRILEY, Warden,<br>      Respondent-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 00 C 6425<br>]<br>] Matthew F. Kennelly,<br>]     Judge. |

Upon consideration of the **APPELLEE'S MOTION REQUESTING THAT THE COURT RECALL ITS MANDATE AND CLARIFY ITS MARCH 18, 2005 OPINION AND JUDGMENT**, filed on August 3, 2006, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the final judgment issued on March 18, 2005 is **MODIFIED** as follows: the second sentence shall now read " The decision of the district court is **REVERSED**, the grant of the habeas corpus writ is **VACATED** and this case is **REMANDED** to the district court."